**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   WAYNE STEDSON ROSS,                         No. C 07-2560 WHA (PR)
11                    Petitioner,                **ORDER TO SHOW CAUSE**
12       v.
13   BEN CURRY, Warden,
14                    Respondent.
     _____/
15
16          Petitioner, a California prisoner currently incarcerated at the Correctional Training
17   Facility in Soledad, has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C.
18   § 2254.  He has paid the filing fee.
19          The petition attacks denial of parole, so venue is proper in this district, which is where
20   petitioner is confined.  *See* 28 U.S.C. § 2241(d) (venue proper in both district of conviction and
21   district of confinement).
22                                      **DISCUSSION**
23   A.  *Standard of Review*
24          This court may entertain a petition for writ of habeas corpus "in behalf of a person in
25   custody pursuant to the judgment of a State court only on the ground that he is in custody in
26   violation of the Constitution or laws or treaties of the United States."  28 U.S.C. § 2254(a); *Rose*
27   *v. Hodges*, 423 U.S. 19, 21 (1975).
28   ///

**United States District Court**
For the Northern District of California

1    A district court shall "award the writ or issue an order directing the respondent to show

2    cause why the writ should not be granted, unless it appears from the application that the

3    applicant or person detained is not entitled thereto." 28 U.S.C. § 2243. Summary dismissal is

4    appropriate only where the allegations in the petition are vague or conclusory, palpably

5    incredible, or patently frivolous or false. *Hendricks v. Vasquez*, 908 F.2d 490, 491 (9th Cir.

6    1990) (quoting *Blackledge v. Allison*, 431 U.S. 63, 75-76 (1977)).

7    *B. Legal Claims*

8        Petitioner pled guilty to a charge of first degree murder and first degree burglary in

9    1987. He received a sentence of twenty-five years in prison. He alleges that he has exhausted

10   these parole claims by way of state habeas petitions.

11       As grounds for federal habeas relief, petitioner asserts that: (1) the Board's decision is

12   arbitrary, capricious, and not supported by the evidence; (2) his due process rights were denied

13   when the Board denied parole based on the circumstances of his crime after he had served his

14   minimum term; (3) the Board's conclusion that petitioner's offense was "particularly egregious"

15   was not supported by the evidence; (4) the denial violated the Ex Poste Facto Clause; (5) his

16   Sixth Amendment rights were violated by in effect punishing him for a greater offense than that

17   of which he was convicted; and (6) the Board's requirement that he admit guilt violated Section

18   5011 of the California Penal Code.

19       In issue six petitioner alleges only a violation of state law, which is not grounds for

20   federal habeas relief. *See Estelle v. McGuire*, 502 U.S. 62, 67-68 (1991). That claim will be

21   dismissed. The remaining claims are sufficient to require a response. *See Biggs v. Terhune*,

22   334 F.3d 910, 916-17 (9th Cir. 2003) (warning that repeated denial of parole based on

23   unchanging characteristics of offense might violate due process).

24                                        **CONCLUSION**

25       1. Petitioner's sixth issue, regarding admission of guilt, is a state law claim and

26   therefore is **DISMISSED**.

27       2. The clerk shall mail a copy of this order and the petition with all attachments to the

28   respondent and the respondent's attorney, the Attorney General of the State of California. The

**United States District Court**
For the Northern District of California

1  clerk shall also serve a copy of this order on the petitioner.

2      3. Respondent shall file with the court and serve on petitioner, within sixty days of the

3  issuance of this order, an answer conforming in all respects to Rule 5 of the Rules Governing

4  Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted.

5  Respondent shall file with the answer and serve on petitioner a copy of all portions of the state

6  trial record that have been transcribed previously and that are relevant to a determination of the

7  issues presented by the petition.

8      If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the

9  court and serving it on respondent within thirty days of his receipt of the answer.

10     4. Respondent may file a motion to dismiss on procedural grounds in lieu of an answer,

11  as set forth in Rule 4 of the Rules Governing Section 2254 Cases.  If respondent files such a

12  motion, petitioner shall file with the court and serve on respondent an opposition or statement of

13  non-opposition within thirty days of receipt of the motion, and respondent shall file with the

14  court and serve on petitioner a reply within 15 days of receipt of any opposition.

15     5. Petitioner is reminded that all communications with the court must be served on

16  respondent by mailing a copy of the document to respondent's counsel.  Papers intended to be

17  filed in this case should be addressed to the clerk rather than to the undersigned.  Petitioner also

18  must keep the court informed of any change of address by filing a separate paper with the clerk

19  headed "Notice of Change of Address," and comply with any orders of the court within the time

20  allowed, or ask for an extension of that time.  Failure to do so may result in the dismissal of this

21  action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  *See Martinez*

22  *v. Johnson*, 104 F.3d 769, 772 (5th Cir. 1997) (Rule 41(b) applicable in habeas cases).

24     **IT IS SO ORDERED.**

26  Dated: June 11 , 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

28  G:\PRO-SE\WHA\HC.07\ROSS560.OSC

3