# EXHIBIT 2

## CHRONOLOGICAL HISTORY

DEPARTMENT OF CORRECTIONS
CDC 112 (9-83)

| Chronological Listings | Initials | Dead Time | Release Date |
|---|---|---|---|
| Intake Audit. | LC | MEPD | 12-1-2003 |
| Pre-Board audit. NC | | Initial | 11-2002 |
| 99 BPT Lifer Doc. Lg #4 Place in Doc #5 Init. | | DOC#4 | 6-99 |
| Cal. 11/2002. | | | |
| AUG 18 1999 CTF NEW ARRIVAL | MP | | |
| 11-11-99 Intake Audit. Reviewed for Compliance with PC296. Initial 11/2002. | LS | | |
| 11-8-01 61 DAY CREDIT LOSS CDC 115 DATED 10-24-01 LOG # III 10 0123 | R | MEPD | 1-31-04 |
| 12-28-01 30 DAY CREDIT LOSS CDC 115 DATED 7/21/00 LOG # III 07-0032 | | IPCH | 1/2003 |
| 30 DAYS RESTORED CDC 115 DATED 7/26/00 LOG # III 070032 | R | | |
| 5/8/02 61 DAYS RESTORED CDC 115 DAY LOSS # III 100123 | R | MEPD | 12-1-2003 |
| 8-1-02 Pre board Audit | R | IPCH | 11/2002 |
| 8-1-02 PC 296 DNA Completed | R | | |
| 11-18-02 Hearing held Parole denied 3 yrs P/O Sub#1 11/2005 cal. | R | | |
| 4-26-06 pre board audit. Sub #1 11-05 | EMB | | |
| 6-7-2006 Sub#1 held parole denied 2 yrs P/O Sub#2 6/2008 | ES | | |

Number: K59353   Name: Ross, Wayne Stedson   Page: 1/2

# STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS
## CHRONOLOGICAL HISTORY

| Date | Chronological Listings | Initials | Dead Time | Release Date |
|---|---|---|---|---|
| 1 18 1987 | RCC-CIM | | | Life |
| 6-30-87 | Intake audit | | | |
| JUL 1 3 1987 | REC'D FOLSOM STATE PRISON | MB | | |
| 2-4-88 | Notification noted. (See confidential) | | | |
| MAR 15 1988 | CALIFORNIA STATE PRISON SACRAMENTO COUNTY | | | |
| 7-26-88 | Notice Requested Pursuant to 3058.6 PC | CJ | | |
| 7-26-88 | Intake Audit | CJ | | |
| 11-22-89 | 45 days BCR. inj # I 88-03-036 dated 3-15-88. | | | |
| 12-7-89 | MEPD reviewed per In re Monigold — Not Eligible. PC=741  BC=2088 | CJ | | MEPD 1-15-2004 |
| 6-6-90 | Doc Hrg. Place on #2 Doc Cal 6-93 | SH | | |
| 8-29-90 | BCR of 8-10-90 # I-88-03-036  45 day  PC=741  BC=2133 | CA | | MEPD 12-1-2003 |
| 1-4-91 | REC'D OLD FOLSOM | wm | | |
| 3-11-91 | Intra-facility audit. (PC=740, BC=2131) Pl. on 6/93 Doc #2. | | | |
| 4-6-92 | Transfer audit | | | |
| 4/13/92 | REC'D CALIPATRIA STATE PRISON | MD | | |
| 10-5-92 | INTAKE AUDIT | | | |
| 10-14-93 | Doc #2 held, place on Doc #3 10/96. | | | |
| JUL 3 1 1995 | FILE AUDITED transfer | | | |
| AUG 0 4 1995 | REC'D ISP | | | |
| 3-18-96 | File Audited — Intake. Place on calendar 6/96 for Doc #3. Initial Hearing -11/2002 | Bc | | |
| 3-18-96 | Restitution ordered per Ventura County Case No. CR22128 -$10,000 | Bc | | |
| 5-2-96 | Pre Board Audit | ka | | |
| 8-5-96 | Doc #3 held; P.O. Cal. 6/99 Doc #4 | ka | | |
| 10-10-97 | Transfer Audit. | kw | | |
| 10-15-97 | REC'D CMC-EAST | AK | | |
| 1-21-98 | OBIS update completed | le | | |

| Number | Name | Page |
|---|---|---|
| D-59353 | ROSS, WAYNE STEDSON | 1 |