**EXHIBIT 7**

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF VENTURA

JUDGE: HERBERT CURTIS, III   DATE: November 30, 2006   TIME: 3:00 p.m.

CLERK: Pascal Gasbarro   BAILIFF: Maria Christine   CASE NO.: CR22128

TITLE OF CASE:

WAYNE ROSS,
      Petitioner,

v.

B. CURRY, WARDEN,
      Respondent

Petition for Writ of Habeas Corpus

NATURE OF PROCEEDINGS: IN CHAMBERS DENIAL OF WRIT OF HABEAS CORPUS

This writ deals with whether or not the Petitioner is suitable for parole based on the evidence presented at his parole hearing. The parole board denied the Petitioner's release because of the commitment offense, the strength or lack thereof of a parole plan and his lack of a GED.

This court has read and reviewed the Petitioner's moving papers and the transcript of the Petitioner's Parole Hearing held on June 9, 2006. Based on my review of all the relevant documents, the applicable law and the authority of the Parole Board, it is the courts' opinion that the petitioner's writ of habeas corpus has no merit whatsoever. The Petitioner's writ is denied.

The clerk is ordered to give notice to all the involved parties.

Dated: November 30, 2006

                                    HONORABLE HERBERT CURTIS, III
                                    Judge of the Superior Court

**MICHAEL D. PLANET**, Superior Court
Executive Officer and Clerk

                                    By: _____
                                                  Deputy Clerk

**MINUTES**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF VENTURA**

Case No.: CR22128                              In the Matter of Wayne Ross, Petitioner

    I am employed in the County of Ventura, State of California. I am over the age of 18 years and not a party to the above-entitled action. My business address is 800 S. Victoria Avenue, Ventura, California 93009. On November 30, 2006, I served the following document described as:

**IN CHAMBERS DENIAL OF WRIT OF HABEAS CORPUS**

    By placing a true copy thereof for collection and mailing so as to cause it to be mailed on the above date, following standard court practices, in sealed envelopes addressed as follows:

Wayne Ross – CDC #D-59353
P.O. Box 689
Soledad, CA 93969-0689


Office of the Attorney General
P.O. 944255
Sacramento, CA 94244-2550

Office of the District Attorney
Interoffice Mail, Location #2730


    I am "readily familiar" with the County's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States postal service and/or interoffice mail on that same day with postage thereon fully prepaid at Ventura, California in the ordinary course of business.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Dated and executed at Ventura, California on November 30, 2006.


**MICHAEL D. PLANET**, Executive Officer and Clerk

By: _Pascal Gasbarro_
Deputy Clerk

**DECLARATION OF MAILING**