# EXHIBIT 8

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA
SECOND APPELLATE DISTRICT

DIVISION 6

February 6, 2007

In re Wayne Ross
on Habeas Corpus

B196399
Ventura County No. CR22128

THE COURT:

    The petition for writ of Habeas Corpus is denied.