# EXHIBIT 10

Court of Appeal, Second Appellate District, Div. 6 - No. B196399

S150234   Filed   Feb. 14, 2007

# IN THE SUPREME COURT OF CALIFORNIA

**En Banc**

In re WAYNE ROSS on Habeas Corpus

The petition for review is denied.

SUPREME COURT
**FILED**

APR 2 5 2007

Frederick K. Ohlrich Clerk

_____
Deputy

GEORGE

_____
Chief Justice